EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG #163443
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 8 2004

at 12 o'clock and 15 min P
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR04-00334 SOM |
| --- | --- | --- |
| Plaintiff, | ) | INDICTMENT |
| | ) | [21 U.S.C. §§ 841(a)(1), |
| v. | ) | 841 (b)(1)(B)] |
| | ) | |
| JOEL BUENTIPO CASTILLO, | ) | |
| | ) | |
| Defendant. | ) | |

### I N D I C T M E N T

The Grand Jury charges that:

#### Count One

On or about August 27, 2004, in the District of Hawaii, defendant JOEL BUENTIPO CASTILLO, did knowingly and intentionally possess, with intent to distribute, 50 grams or more, to wit: approximately 54.7 grams, of a mixture or substance containing a

detectable amount of methamphetamine, its salts, isomers or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

### Count Two

On or about August 27, 2004, in the District of Hawaii, defendant JOEL BUENTIPO CASTILLO, did knowingly and intentionally possess, with intent to distribute, 5 grams or more, to wit: approximately 14 grams, of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers which contains cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

Dated: September 8, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Narcotics Section

MARK A. INCIONG
Assistant U.S. Attorney

United States v. Joel Buentipo Castillo
Indictment
CR. No.

2