REGINALD P. MINN 1810
Attorney at Law
Davies Pacific Center
841 Bishop Street, Suite 2116
Honolulu, Hawaii 96813
Telephone:  (808) 526-9343
Facsimile:  (808) 599-1645
e-mail:  minn@verizon.net

Attorney for Defendant
JOEL BUENTIPO CASTILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00321 SOM |
| --- | --- | --- |
|  | ) | CR. NO. 04-00334 SOM |
| Plaintiff, | ) |  |
|  | ) | MOTION TO WITHDRAW AS COUNSEL |
| v. | ) | AND FOR APPOINTMENT OF APPELLATE |
|  | ) | COUNSEL; DECLARATION OF COUNSEL; |
| JOEL BUENTIPO CASTILLO, | ) | CERTIFICATE OF SERVICE |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

### MOTION TO WITHDRAW AS COUNSEL
### AND FOR APPOINTMENT OF APPELLATE COUNSEL

COMES NOW Reginald P. Minn, attorney for Defendant JOEL BUENTIPO CASTILLO in the above-captioned case, and moves this Court for an order permitting him to withdraw as counsel of record for the reasons set forth in the attached Declaration of Counsel, and appointing substitute appellate counsel for Defendant.

2

      This motion is based on the records and files of this case, the attached Declaration of Counsel, and such evidence as is presented at the hearing on this motion.

      DATED:  Honolulu, Hawaii, February 16, 2006.

                                   <u>/s/ Reginald P. Minn</u>
                                   Reginald P. Minn
                                   Attorney for Defendant
                                   JOEL BUENTIPO CASTILLO