CERTIFICATE OF SERVICE

I hereby certify that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

Served Electronically through CM/ECF:

Mark A. Inciong   **mark.inciong@usdoj.gov**   February 16, 2006

DATED:  Honolulu, Hawaii, February 16, 2006.


/s/ Sheri Tongg