# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/21/2006  4:30 pm

SUE BEITIA, CLERK

**CASE NUMBER:**        CR04-00334SOM

**CASE NAME:**          USA v. Joel Buentipo Castillo

**ATTYS FOR PLA:**      Mark Inciong

**ATTYS FOR DEFT:**     Reginald Minn

**INTERPRETER:**

---

**JUDGE:**    Kevin S. C. Chang       **REPORTER:**    FTR C5

**DATE:**     2/21/2006               **TIME:**        10:36:38-10:39:45am

---

**COURT ACTION:**  EP: Motion to Withdraw as Counsel and for Appointment of Appellate Counsel - defendant present, not in custody.

Defendant sworn to the financial affidavit.  Court not convinced that defendant qualifies for counsel to be appointed.  Request for court appointed attorney is CONDITIONALLY granted.

Motion to Withdraw granted.  Court will appoint CJA appellate counsel

Submitted by: Shari Afuso, Courtroom Manager