ORIGINAL

DeAnna S. Dotson #7649
P. O. Box 700953
Kapolei, HI 96709-0953
(808) 391-7308
(808) 672-5058 - facsimile
dkeith02@earthlink.net

Attorney for Defendant
JOEL BUENTIPO CASTILLO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 1 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | CR. NO. 04-00334 SOM<br>CR. NO. 05-00321 SOM |
| Plaintiff, | ) ) | NOTICE OF APPEAL; CERTIFICATE OF SERVICE |
| vs. | ) ) | |
| JOEL BUENTIPO CASTILLO, | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that the defendant, JOEL BUENTIPO CASTILLO, appeals to the United States Court of Appeals for the Ninth Circuit from his conviction, sentence, and judgment entered on February 21, 2006.

Dated:   March 1, 2006, at Kapolei, Hawaii

_____
DeAnna S. Dotson
Attorney for Defendant

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing document will be duly served upon the following person by delivery of said document on or about the date of filing:

Mark A. Inciong
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850

Dated:      March 1, 2006, at Kapolei, Hawaii

                                                  DeAnna S. Dotson