EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

MARK A. INCIONG, CA BAR #163443
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00334 SOM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| | ) | |
| JOEL BUENTIPO CASTILLO, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

     Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against Defendant JOEL BUENTIPO CASTILLO on the grounds that Defendant entered a guilty plea to the Information in Cr. No. 05-00321 SOM and was sentenced on February 21, 2006 to 94 months imprisonment.

     Pursuant to the plea agreement entered into by the Defendant and the United States, the United States agreed to

dismiss the underlying Indictment in the above-captioned matter after Defendant was sentenced in Cr. No. 05-00321 SOM. Accordingly, the dismissal is in the interests of justice.

DATED: March 17, 2006, at Honolulu, Hawaii.

>EDWARD H. KUBO, JR.
>United States Attorney
>District of Hawaii
>
>By /s/ Mark A. Inciong
>  MARK A. INCIONG
>  Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

DATED: Honolulu, Hawaii, March 20, 2006.

>/s/ Susan Oki Mollway
>Susan Oki Mollway
>United States District Judge

UNITED STATES V. CASTILLO
CR. NO. 04-00334 SOM
"Order for Dismissal"